FEL12-104

GRANT COUNTY N
FILED IN MY OFFIC
4/25/2018 1:50 P
MICHAEL M. MEDIN
DISTRICT COURT CLER
MMM

SIXTH JUDICIAL DISTRICT COURT
COUNTY OF GRANT
STATE OF NEW MEXICO

SAM BENCOMO,

    Plaintiff,

v.                                                       No.: D-608-CV-2018-00172

MARK OWEN WOODS,
MILE HIGH LOGISTICS, INC.
AND FIRST COAST LOGISTICS, INC.

    Defendants.

## COMPLAINT

### GENERAL ALLEGATIONS

Plaintiff, by and through his attorney, Thomas F. Stewart, states:

1. Plaintiff Sam Bencomo ("Bencomo") is a resident of Grant County, New Mexico.

2. Defendant Mark Owen Woods ("Woods") is upon information and belief, a resident of Cookeville, Tennessee.

3. Defendant Mile High Logistics ("Mile High") is upon information and belief, a foreign corporation.

4. Mile High is an owner or operator of the semi-truck and trailer that caused the collision that is the subject matter of this complaint.

5. Defendant First Coast Logistics ("First Coast") is upon information and belief, a foreign corporation.

1

6. First Coast is an owner or operator of the semi-truck and trailer that caused the collision that is the subject matter of this complaint.

7. Plaintiff's damages do not exceed the sum or value of $75,000, exclusive of interest and costs.

8. The incidents described in this complaint happened in Hidalgo County, New Mexico.

9. The Court has jurisdiction over the parties and venue is proper in Grant County because Plaintiff resides in Grant County.

10. On September 10, 2016 at approximately 9:30 p.m. Mark Owen Woods ("Woods") was driving a semi-truck and trailer eastbound in the left-hand lane on Interstate 10 towards Lordsburg.

11. Woods changed lanes, driving his semi-truck and trailer into the right-hand lane and the semi-truck and trailer collided with Plaintiff's vehicle.

12. Bencomo's vehicle was run off the road by Woods' semi-truck and trailer.

13. Bencomo was injured in the crash.

14. Bencomo deserves just compensation for his injury and the damages resulting from his injury and the crash.

15. Woods failed to remain aware of the vehicles around his semi-truck and trailer.

16. Woods failed to appreciate that Plaintiff's vehicle was in the lane next to him when he moved into that lane.

17. Woods either failed to check his mirrors to determine whether any vehicle

2

was in the right-hand lane before he drove into that lane or Woods intentionally moved into the right lane knowing Plaintiff's vehicle was in the lane..

18. Mile High failed to equip the semi-truck with a system of mirrors adequate to allow a safe field of view for the semi-truck driver to see if other vehicles were in the right-hand lane before the truck was driven into the right-hand lane from the left-hand lane.

19. First Coast failed to equip the semi-truck with a system of mirrors adequate to allow a safe field of view for the semi-truck driver to see if other vehicles were in the right-hand lane before the truck was driven into the right-hand lane from the left-hand lane.

20. Woods was negligent.

21. Woods was reckless.

22. Woods's negligence and recklessness was a proximate cause of Plaintiff's injuries.

23. Woods's reckless conduct justifies requiring punitive damages against Woods and in favor of Plaintiff.

24. Woods was acting within the scope of his employment or agency with Mile High.

25. Mile High is liable for the negligent acts and omissions of their employee or agent, Woods.

26. Mile High is liable for the reckless acts and omissions of their employee or

agent, Woods.

27. Woods was acting within the scope of his employment or agency with First Coast.

28. First Coast is liable for the negligent acts and omissions of their employee or agent, Woods.

29. First Coast is liable for the reckless acts and omissions of their employee or agent, Woods.

WHEREFORE, Plaintiff requests damages from the Defendants, in an amount sufficient to compensate Plaintiff for his injuries and damages, for punitive damages and for his costs incurred in pursuing his claims, and he requests interest, including pre-judgment interest, and such other and further relief as the Court may deem appropriate.

Thomas F. Stewart, P.C.

_____
Thomas F. Stewart
P.O. Box 3046
Silver City, New Mexico 88062
Phone:   575 538-5353
Fax:       575 538-3047

*Attorney for Plaintiff*

4

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/16/2018 2:04 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Sonia Carbajal

SIXTH JUDICIAL DISTRICT COURT
COUNTY OF GRANT
STATE OF NEW MEXICO

SAM BENCOMO,

    Plaintiff,

v.                            D-608-CV-201800172

MARK OWEN WOODS,
MILE HIGH LOGISTICS, INC., AND
FIRST COAST LOGISTICS, INC.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Request for Production numbered 1-13, were delivered to Defendant First Coast Logistics, Inc. c/o Ansbacher & Schneider, Registered Agent for Defendant First Coast Logistics, Inc., 5150 Belfort Road, Jacksonville, FL 32256, on May 1, 2018, at the same time as service of the Complaint in this matter.

Thomas F. Stewart, PC

Thomas F. Stewart
P.O. Box 3046
Silver City, NM 88062-3046
(575) 538-5353    Telephone
(575) 538-3047    Fax
*Attorney for Plaintiff*

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/16/2018 2:04 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Sonia Carbajal

SIXTH JUDICIAL DISTRICT COURT
COUNTY OF GRANT
STATE OF NEW MEXICO

SAM BENCOMO,

    Plaintiff,

v.                              D-608-CV-201800172

MARK OWEN WOODS,
MILE HIGH LOGISTICS, INC., AND
FIRST COAST LOGISTICS, INC.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Request for Production numbered 1-13, were delivered to Defendant Mile High Logistics, Inc. c/o Ansbacher & Schneider, Registered Agent for Defendant Mile High Logistics, Inc., 5150 Belfort Road, Jacksonville, FL 32256, on May 1, 2018, at the same time as service of the Complaint in this matter.

                                                Thomas F. Stewart, PC

                                                /s/ Thomas F. Stewart
                                                Thomas F. Stewart
                                                P.O. Box 3046
                                                Silver City, NM 88062-3046
                                                (575) 538-5353    Telephone
                                                (575) 538-3047    Fax
                                                *Attorney for Plaintiff*

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/16/2018 2:04 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Sonia Carbajal

## SUMMONS

| | |
|---|---|
| District Court: <u>Sixth</u><br>Grant County, New Mexico<br>Court Address: 201 N. Cooper Street<br>Silver City, NM 88061<br><br>Court Telephone No. (575) 538-3250 | Case Number: D-608-CV-2018-00172<br><br>Judge: Timothy L. Aldrich |
| SAM BENCOMO,<br>      Plaintiff,<br>v.<br>MARK OWEN WOODS, MILE HIGH LOGISTICS, INC., AND FIRST COAST LOGISTICS, INC.<br>      Defendants. | Defendant:<br><br>Name: FIRST COAST LOGISTICS, INC.<br><br>Address: C/O ANSBACHER & SCHNEIDER<br>5150 Belfort Road<br>Jacksonville, FL 32256 |

TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>Silver City</u>, New Mexico, this <u>26</u> day of <u>April</u>, <u>2018</u>.

MICHAEL M. MEDINA
CLERK OF COURT

By: /s/ Alejandra Cruz
    Deputy


SEAL

Signature of Attorney for Plaintiff
Thomas F. Stewart
P.O. Box 3046
Silver City, New Mexico 88062
(575) 538-5353
tomstewart@newmexico.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO )
                    )ss
COUNTY OF GRANT     )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Duval County, Florida on the __1__ day of __MAY__, __2018__, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[✓] to the defendant by [(mail)] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service*. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of person making service

Title (*if any*)

Subscribed and sworn to before me this _16_ day of _May_, _2018_

_____
Judge, notary or other officer
authorized to administer oaths

_Notary Public_
Official title  LIC

### USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

5/16/2018  USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70150640000775449366

Your item was delivered to an individual at the address at 2:17 pm on May 1, 2018 in JACKSONVILLE, FL 32256.

## ✓ Delivered

May 1, 2018 at 2:17 pm
Delivered, Left with Individual
JACKSONVILLE, FL 32256

Get Updates ∨



Text & Email Updates

Tracking History

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/16/2018 2:04 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Sonia Carbajal

## SUMMONS

| District Court: <u>Sixth</u><br>Grant County, New Mexico<br>Court Address: 201 N. Cooper Street<br>Silver City, NM 88061<br><br>Court Telephone No. (575) 538-3250 | Case Number: D-608-CV-2018-00172<br><br>Judge: Timothy L. Aldrich |
|---|---|
| SAM BENCOMO,<br>       Plaintiff,<br>v.<br>MARK OWEN WOODS, MILE HIGH<br>LOGISTICS, INC., AND FIRST COAST<br>LOGISTICS, INC.<br>       Defendants. | Defendant:<br><br>Name:   MILE HIGH LOGISTICS, INC.<br><br>Address: C/O ANSBACHER & SCHNEIDER<br>             5150 Belfort Road<br>             Jacksonville, FL 32256 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at <u>Silver City</u>, New Mexico, this <u>26</u> day of <u>April</u>, <u>2018</u>.

MICHAEL M. MEDINA
CLERK OF COURT

By: /s/ Alejandra Cruz
    Deputy



Signature of Attorney for Plaintiff
Thomas F. Stewart
P.O. Box 3046
Silver City, New Mexico 88062
(575) 538-5353
tomstewart@newmexico.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN[1]

STATE OF NEW MEXICO )
                                )ss
COUNTY OF GRANT     )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Duval County, Florida on the __1__ day of __MAY__, __2018__, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[✓]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (name of person), _____, (title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of person making service

Title (*if any*)

Subscribed and sworn to before me this ___16___ day of ___May___, 2018 [2]

_____
Judge, notary or other officer
authorized to administer oaths

~~attorney~~ Notary Public
Official title

## USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70150640000775449373

Your item was delivered to an individual at the address at 2:17 pm on May 1, 2018 in JACKSONVILLE, FL 32256.

## ✓ Delivered

May 1, 2018 at 2:17 pm
Delivered, Left with Individual
JACKSONVILLE, FL 32256

Get Updates ∨

---

**Certified Mail Receipt:**
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Certified Mail Fee: $3.45
Postmark: APR 27 2018
Postage: $1.42

Sent To: MILE HIGH LOGISTICS, INC
C/O ANSBACHER & SCHNEIDER
5150 Belfort Road
Jacksonville, FL 32256

---

Text & Email Updates

Tracking History

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/30/2018 1:23 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Alejandra Cruz

STATE OF NEW MEXICO
COUNTY OF GRANT
SIXTH JUDICIAL DISTRICT COURT

SAM BENCOMO

    Plaintiff,

v.

No. D-608-CV-2018-00172
Aldrich, Timothy L.

MARK OWEN WOODS,
MILE HIGH LOGISTICS, INC.
AND FIRST COAST LOGISTICS, INC.

    Defendants,

### ENTRY OF APPEARANCE

HOLT MYNATT MARTÍNEZ P.C. (Bradley A. Springer), hereby enters its appearance on behalf of Defendants Mark Owen Woods, Mile High Logistics, Inc., and First Coast Logistics, Inc., in the above-referenced matter.

Respectfully Submitted,

HOLT MYNATT MARTÍNEZ P.C.

*/s/ Bradley A. Springer*
BRADLEY A. SPRINGER
New Mexico Bar No. 28225
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
*Attorneys for Defendants Mark Owen Woods, Mile High Logistics, Inc., and First Coast Logistics, Inc.*
bas@hmm-law.com

## CERTIFICATE OF DELIVERY

I hereby certify that on this 30th day of May, 2018, I filed the foregoing electronically through the Odyssey File and Serve system, and served the following parties or counsel by electronic means:

Thomas F. Stewart
P.O. Box 3046
Silver City, NM 88062
*Attorneys for Sam Bencomo*
tomstewart@newmexico.com


BRADLEY A. SPRINGER

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/30/2018 2:41 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Alejandra Cruz

## SUMMONS

| | |
|---|---|
| District Court: **Sixth**<br>Grant County, New Mexico<br>Court Address: 201 N. Cooper Street<br>Silver City, NM 88061<br><br>Court Telephone No. (575) 538-3250 | Case Number: D-608-CV-2018-00172<br><br>Judge: Timothy L. Aldrich |
| **SAM BENCOMO,**<br>    **Plaintiff,**<br>v.<br>**MARK OWEN WOODS, MILE HIGH LOGISTICS, INC., AND FIRST COAST LOGISTICS, INC.**<br>    **Defendants.** | Defendant:<br><br>Name:   Mark Owen Woods<br><br>Address: 1408 Gibbons<br>         Cookeville, TN 38506 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ____Silver City____, New Mexico, this _26_ day of ____April____, 2018.

MICHAEL M. MEDINA
CLERK OF COURT

By: /s/ Alejandra Cruz
       Deputy


SEAL

Signature of Attorney for Plaintiff
Thomas F. Stewart
P.O. Box 3046
Silver City, New Mexico 88062
(575) 538-5353
tomstewart@newmexico.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**[1]

STATE OF TENNESSEE )
                   )ss
COUNTY OF PUTNAM   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ Putnam _____ county on the __10__ day of __May__, __2018__, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (used when the defendant is not presently at place of abode) and by mailing by first class mail to the defendant at _____ (insert defendant's last known mailing address) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (insert defendant's business address) and by mailing the summons and complaint by first class mail to the defendant at _____ (insert defendant's last known mailing address).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (used when defendant is a minor or an incompetent person).

[ ]   to _____ (name of person), _____, (title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of person making service
Sgt. Josh Ream
5-10-18

Defendant does not live at this address. Ex-wife says he no longer lives at this address. Just uses this as a mailing address. Ex-wife advised him and he came to the Sheriff's Dept to be served.

Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____²

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

## USE NOTE

    1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

    2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

SIXTH JUDICIAL DISTRICT COURT
GRANT COUNTY NM
FILED IN MY OFFICE
5/30/2018 2:41 PM
MICHAEL M. MEDINA
DISTRICT COURT CLERK
Alejandra Cruz

SIXTH JUDICIAL DISTRICT COURT
COUNTY OF GRANT
STATE OF NEW MEXICO

SAM BENCOMO,

    Plaintiff,

v.

MARK OWEN WOODS,
MILE HIGH LOGISTICS, INC., AND
FIRST COAST LOGISTICS, INC.,

    Defendants.

D-608-CV-201800172

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Interrogatories numbered 1-25, were delivered to Defendant Mark Owen Woods, in person at the Putnam County Sheriff's Department, 421 E. Spring Street, Cookeville, TN 38501, on May 10, 2018, at the same time as service of the Complaint in this matter.

Thomas F. Stewart, PC

Thomas F. Stewart
P.O. Box 3046
Silver City, NM 88062-3046
(575) 538-5353    Telephone
(575) 538-3047    Fax
*Attorney for Plaintiff*