IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAM BENCOMO,

    Plaintiff,

v.                                                                No. 18-cv-0506 CG/SMV

MARK OWEN WOODS,
MILE HIGH LOGISTICS, INC.,
and FIRST COAST LOGISTICS, INC.,

    Defendants.

## AMENDED ORDER SETTING
## TELEPHONIC STATUS CONFERENCE

**Date and time:**     June 20, 2018, at 2:30 p.m.

**Matter to be heard:**   Case status, the Court's expectations regarding Initial Disclosures, and jurisdiction

A telephonic status conference is set for **June 20, 2018, at 2:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference. Counsel should also be prepared to discuss diversity jurisdiction and, in particular, Defendants' states of incorporation, *see* 28 U.S.C. § 1332(c)(1), and the amount in controversy in light of 28 U.S.C. § 1446(c)(2).

    **IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.