IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAM BENCOMO,

    Plaintiff,

v.                                             No. CV 18-506 CG/SMV

MARK OWEN WOODS, et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss with Prejudice*, (Doc. 16), filed July 18, 2018. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised in the premises, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint herein and all claims against Defendants thereunder are hereby **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE